OPINION — AG — **** PHARMACY BOARD — INTERN PROGRAM — REQUIREMENTS **** THE BOARD OF PHARMACY IS NOT AUTHORIZED UNDER 59 O.S. 1961 SECTIONS 353.1[59-353.1] THROUGH 353.27 [59-353.1] — [59-353.27], TO REQUIRE MEMBERSHIP IN A STATE OR NATIONAL ASSOCIATION RELATED TO THE PHARMACEUTICAL PROFESSION, OR ATTENDANCE AT MEETINGS OF SUCH ASSOCIATION, AS A CONDITION PRECEDENT TO AN OTHERWISE QUALIFIED AND REGISTERED PHARMACIST'S PARTICIPATION IN AN INTERN TRAINING PROGRAM CARL G. ENGLING